# FORM A

FILED JS
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
19 JAN 18 PM 3:00

Rev. 10/10

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER UNDER 42 U.S.C. § 1983 or UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

JAMES HIGHTOWER

_____

(Full name of the Plaintiff(s) in this action)

v.

AARON SMITH, WARDEN

KIMBERLY THOMPSON, UA

SHAWN CARMIN, Lt.

JAYNE HOGAN, Lt.

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:19cv61-DJH
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(✓) NO JURY TRIAL DEMAND
(Check only one)

### I. PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: James Hightower

Place of Confinement: Kentucky State Penitentiary

Address: 266 Water Street, Eddyville, Ky. 42038

Status of Plaintiff: CONVICTED (X)  PRETRIAL DETAINEE (  )

(2) Name of Plaintiff: N/A

Place of Confinement: N/A

Address: _____ N/A _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____ N/A _____

Place of Confinement: _____ N/A _____

Address: _____ N/A _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Aaron Smith__ is employed as __Warden__ at __Kentucky State Reformatory__

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant __Kimberly Thompson__ is employed as __Unit Administrator__ at __Kentucky State Reformatory__

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(3) Defendant __Sharon Caronia__ is employed as __Lieutenant Corrections__ at __Kentucky State Reformatory__

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(4) Defendant __Jayne Hogan__ is employed as __Adjustment Officer__ at __Kentucky State Reformatory__

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

2

(5) Defendant _____ N/A _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.  PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): ____N/A____

Defendant(s): ____N/A____

Court (if federal court, name the district. If state court, name the county): ____N/A____

Docket number: ____N/A____

Name of judge to whom the case was assigned: ____N/A____

Type of case (for example, habeas corpus or civil rights action): ____N/A____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): ____N/A____

Approximate date of filing lawsuit: ____

Approximate date of disposition: ____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1) Plaintiff's complaint is against Aaron Smith, Kimberly Thompson, Jayne Hogan, and Shawn Carmin. The Warden, Unit Administrator of Restricted Housing Unit (RHU), Lieutenant of RHU, and Lieutenant of Adjustment Committee at Kentucky State Reformatory located at 3001 West Highway 146 LaGrange, Ky. 40032.

The defendants created Deliberate Indifference when, on December 1st 2017 defendant Thompson informed Lieutenant Carmin to inform Plaintiff he was being moved from RHU to General Population. Knowing that every time plaintiff went to General Population he was beat up from hits that were placed on him from an administrative conflict also located at Kentucky State Reformatory and he had been placed in RHU twice for investigation for possible conflict on Kentucky State Reformatory Yard. Lieutenant Shawn Carmin when he came

4

## III. STATEMENT OF CLAIM(S) continued

to Plaintiff's cell and told him he was going back to General Population to pack his property. Plaintiff told him no because every time he went to General Population a hit was placed on him. Defendant Carmin issued a disciplinary Report for disobeying a Direct order. Knowing that Plaintiff could not go back to General Population because of hits that had been placed on him every time he went out to General Population. Defendant Carmin knew this because he had been the Supervisor of RHU between the dates of August 2nd until December 1st. When Plaintiff was in two Hits and when placed in RHU for the Hits Received a Detention order to stay in RHU Pending transfer because of Conflict at Kentucky State Reformatory. Plaintiff notified Defendant Carmin of the fact he was having Problems in General Population of having Hits Placed on him on December 1st 2017 And once before in August of 2017.

Defendant Hogan when she found Plaintiff guilty

of disciplinary Report for not Returning to General Population. When she knew that hits had been placed on Plaintiff from disciplinary Report where a Lieutenant was witness for Plaintiff and Lieutenant of Adjustment Committee that Plaintiff had informed him that he was having problems on the yard. And Plaintiff notified her when he was taken to Adjustment Hearing. Defendant Aaron Smith because he allowed defendants Thompson, Carmin, and Hogan to keep placing Plaintiff back into General Population and finding him Guilty of disciplinary Reports. Defendant Smith was aware of the problems because all detention orders and disciplinary Reports are sent to the Warden for his Review, No matter what.

6

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__✓__ award money damages in the amount of $ _$100,000 each Defendant_

_____ grant injunctive relief by _____

__✓__ award punitive damages in the amount of $ _$100,000 each Defendant_

__✓__ other: _Defendant's Refund to Plaintiff that amount he has spent during the process of this complaint._

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This ___ day of _January_, 20_19_

_/s/ James Hightower_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _January 2019_.

_/s/ James Hightower_
(Signature)

7